# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MICHELLE POISSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　　Defendant. | Case No.: **8:20-cv-00348-VMC-TGW**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Michelle Poisson and Defendant Chase Bank USA, N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Chase Bank USA, N.A. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　RESPECTFULLY SUBMITTED,

　　Date: March 26, 2020

　　　　　　　　　　　　　　　　　　By: /s/ *Santiago J. Teran*
　　　　　　　　　　　　　　　　　　　　Santiago J. Teran
　　　　　　　　　　　　　　　　　　　　FL #1018985
　　　　　　　　　　　　　　　　　　　　PRICE LAW GROUP, APC
　　　　　　　　　　　　　　　　　　　　1001 N Federal Hwy, Ste 349
　　　　　　　　　　　　　　　　　　　　Hallandale, FL 33009
　　　　　　　　　　　　　　　　　　　　T: (818) 600-5586

F: (818) 600-5486
E: santiago@pricelawgroup.com

*Attorneys for Plaintiff,*
*Michelle Poisson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

 /s/ Josefina Garcia