# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MICHELLE POISSON,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　　　　Defendant. | Case No.: **8:20-cv-00348-VMC-TGW**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michelle Poisson and Defendant Chase Bank USA, N.A., now known as JPMorgan Chase Bank, N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

　　　　Date: June 16, 2020

By: /s/ *Santiago J. Teran*
Santiago J. Teran
FL #1018985
PRICE LAW GROUP, APC
1001 N Federal Hwy, Ste 349
Hallandale, FL 33009
T: (818) 600-5586
F: (818) 600-5486
E: santiago@pricelawgroup.com
*Attorneys for Plaintiff,*
*Michelle Poisson*

By: */s/ Brian C. Frontino*
Brian C. Frontino
FL #95200
Kingsley C. Nwamah
FL#118364
STROOK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, FL 33131
T: (305) 358-9900
F: (30) 780-9802
E: bfrontino@stroock.com
E: lacalendar@stroock.com
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

  */s/ Josefina Garcia*